IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ANTHONY COMER GOODMANN,
MICHAEL LEIGH SCHMIDT,
also known as "Banjo,"
JUSTIN WAYNE SMITH,
STEVEN DOUGLAS PAUL, and
JASON JOHN WEIPERT,

      Defendants.

No. 25-CR-1034

**INDICTMENT**

**Count 1**
21 U.S.C. § 846:
Conspiracy to Distribute a Controlled
Substance
(All Defendants)

**Count 2**
21 U.S.C. § 841(a)(1):
Possession with Intent to Distribute
a Controlled Substance
(PAUL)

**Count 3**
21 U.S.C. § 841(a)(1):
Possession with Intent to Distribute
a Controlled Substance
(GOODMANN)

**Count 4**
21 U.S.C. § 841(a)(1):
Possession with Intent to Distribute
a Controlled Substance
(WEIPERT)

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Between in or about March 2024, and continuing to in or about February

2025, in the Northern District of Iowa and elsewhere, defendants ANTHONY

COMER GOODMANN, MICHAEL LEIGH SCHMIDT, also known as "Banjo,"

1

JUSTIN WAYNE SMITH, STEVEN DOUGLAS PAUL, and JASON JOHN WEIPERT did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and 50 grams of actual (pure) methamphetamine, commonly called "ice" methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Before defendant MICHAEL LEIGH SCHMIDT, also known as "Banjo," committed the offense charged in this Count, he was convicted of the following:

> On or about August 12, 2003, defendant was convicted in the United States District Court for the Southern District of Iowa, Case No. 03-CR-26, of Conspiracy to Manufacture and Distribute Methamphetamine and Creating Substantial Risk of Harm to Human Life while Manufacturing Methamphetamine, felony drug offenses, and serious drug felonies, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

This was in violation of Title 21, United States Code, Sections 846 and 851.

### Count 2

**Possession with Intent to Distribute a Controlled Substance**

On or about September 29, 2024, in the Northern District of Iowa, defendant STEVEN DOUGLAS PAUL did knowingly and intentionally possess with intent to distribute 50 grams or more of actual (pure) methamphetamine, commonly called "ice" methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

2

**Count 3**

**Possession with Intent to Distribute a Controlled Substance**

On or about February 19, 2025, in the Northern District of Iowa, defendant

ANTHONY COMER GOODMANN did knowingly and intentionally possess with

intent to distribute 50 grams or more of actual (pure) methamphetamine, commonly

called "ice" methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

**Count 4**

**Possession with Intent to Distribute a Controlled Substance**

On or about February 27, 2025, in the Northern District of Iowa, defendant

JASON JOHN WEIPERT did knowingly and intentionally possess with intent to

distribute 50 grams or more of actual (pure) methamphetamine, commonly called

"ice" methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

TIMOTHY T. DUAX
United States Attorney

By: _____

JARED MANTERNACH
Special Assistant United States Attorney

A TRUE BILL

[redacted]

_____     8-3-25
Grand Jury Foreperson          Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed _8/6/2025_
PAUL DE YOUNG, CLERK

3