**From:** +15635995068
**To:** +18727720651 (owner)

That's awesome

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/6/2024 2:19:22 AM(UTC-5) | |

Status: Read
Platform:

5/6/2024 2:04:22 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D50D43 (Table: message, handle, Size: 231014400 bytes)

**From:** +18727720651 (owner)

yeah. exciting tho

Priority: Normal
Status: Sent
Platform:

5/6/2024 2:19:36 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D6C5EA (Table: message, Size: 231014400 bytes)

**From:** +18727720651 (owner)

call jayme and make her drive. you've done her plenty of favors and she's got no job to speak of soooo, why the fuck not?

Priority: Normal
Status: Sent
Platform:

5/6/2024 9:46:04 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D6C8DF (Table: message, Size: 231014400 bytes)

**From:** +15635995068
**To:** +18727720651 (owner)

I'll check with her

Priority: Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/6/2024 10:14:24 AM(UTC-5) | |

Status: Read
Platform:

5/6/2024 10:10:48 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D11C7A (Table: message, handle, Size: 231014400 bytes)

**Government Exhibit**

**1**

**Case 25-CR-1034-CJW Detention Hearing**

From: +18727720651 (owner)

I'm sure she'll say yes most definitely do that

**Priority:** Normal

**Status:** Sent

**Platform:**

5/6/2024 10:14:45 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D2E35F (Table: message, Size: 231014400 bytes)

---

From: +15635995068
To: +18727720651 (owner)

So tomorrow huh

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/6/2024 11:12:51 PM(UTC-5) | |

**Status:** Read

**Platform:**

5/6/2024 11:12:38 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D45893 (Table: message, handle, Size: 231014400 bytes)

---

From: +18727720651 (owner)

yes. do you want good humored bear to join?

**Priority:** Normal

**Status:** Sent

**Platform:**

5/6/2024 11:13:14 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D1FBBF (Table: message, Size: 231014400 bytes)

---

From: +15635995068
To: +18727720651 (owner)

No but a piece of toast would be nice

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/6/2024 11:13:56 PM(UTC-5) | |

**Status:** Read

**Platform:**

5/6/2024 11:13:53 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D1BF61 (Table: message, handle, Size: 231014400 bytes)

> **From:** +18727720651 (owner)
>
> I don't even know what a piece of toast looks like
>
> **Priority:** Normal
> **Status:** Sent
> **Platform:**
>
> 5/6/2024 11:14:44 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D34351 (Table: message, Size: 231014400 bytes)

> **From:** +15635995068
> **To:** +18727720651 (owner)
>
> It's a cartridge shape
>
> **Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/6/2024 11:15:21 PM(UTC-5) | |

> **Status:** Read
> **Platform:**
>
> 5/6/2024 11:15:09 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D21996 (Table: message, handle, Size: 231014400 bytes)

> **From:** +18727720651 (owner)
>
> Dimitri?
>
> **Priority:** Normal
> **Status:** Sent
> **Platform:**
>
> 5/6/2024 11:15:42 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D3CF69 (Table: message, Size: 231014400 bytes)

> **From:** +15635995068
> **To:** +18727720651 (owner)
>
> Muscular Tribe
>
> **Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/6/2024 11:16:05 PM(UTC-5) | |

> **Status:** Read
> **Platform:**
>
> 5/6/2024 11:15:57 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D33F61 (Table: message, handle, Size: 231014400 bytes)

From: +18727720651 (owner)

I am a fucking motion. help

**Priority:** Normal
**Status:** Sent
**Platform:**

5/6/2024 11:16:37 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D3F258 (Table: message, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

A cartridge of DMT

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/6/2024 11:30:41 PM(UTC-5) | |

**Status:** Read
**Platform:**

5/6/2024 11:17:13 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D24A63 (Table: message, handle, Size: 231014400 bytes)

From: +18727720651 (owner)

DiMTri

**Priority:** Normal
**Status:** Sent
**Platform:**

5/6/2024 11:30:59 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1CF5294 (Table: message, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

Yes

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/6/2024 11:34:15 PM(UTC-5) | |

**Status:** Read
**Platform:**

5/6/2024 11:34:15 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D04A69 (Table: message, handle, Size: 231014400 bytes)

From: +18727720651 (owner)

ok! they're 1/2 carts, sooo, 70eachinstead of 120 for the fully

**Priority:** Normal
**Status:** Sent
**Platform:**

5/6/2024 11:34:27 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D345D2 (Table: message, Size: 231014400 bytes)

From: +18727720651 (owner)

**Priority:** Normal
**Status:** Sent
**Platform:**

5/6/2024 11:35:15 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D421F6 (Table: message, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

Ok...let me get one

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/6/2024 11:35:21 PM(UTC-5) | |

**Status:** Read
**Platform:**

5/6/2024 11:35:21 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D34AB0 (Table: message, handle, Size: 231014400 bytes)

From: +18727720651 (owner)

kk

**Priority:** Normal
**Status:** Sent
**Platform:**

5/6/2024 11:35:28 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D2483B (Table: message, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

Omg...I just am talking to Ms Jayme  and I forgot I gave VW guy 10 and I didn't get that from you...

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/7/2024 4:15:20 AM(UTC-5) | |

**Status:** Read
**Platform:**

5/7/2024 12:36:38 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D2EF61 (Table: message, handle, Size: 231014400 bytes)

From: +18727720651 (owner)

no problem, I'll just add it to the original order

**Priority:** Normal
**Status:** Sent
**Platform:**

5/7/2024 4:16:26 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D22D5A (Table: message, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

Ok 2 plus 3 plus 1 it is correct

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/7/2024 4:28:58 AM(UTC-5) | |

**Status:** Read
**Platform:**

5/7/2024 4:22:42 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1CFECEC (Table: message, handle, Size: 231014400 bytes)

From: +18727720651 (owner)

plus 10... it was 10 for VW right?

**Priority:** Normal
**Status:** Sent
**Platform:**

5/7/2024 4:29:40 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D4DCA1 (Table: message, Size: 231014400 bytes)

**From:** +18727720651 (owner)

perf

**Priority:** Normal
**Status:** Sent
**Platform:**

5/7/2024 4:32:01 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D27F69 (Table: message, Size: 231014400 bytes)

**From:** +15635995068
**To:** +18727720651 (owner)

No your perfect

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/7/2024 4:32:53 AM(UTC-5) | |

**Status:** Read
**Platform:**

5/7/2024 4:32:26 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D1F95F (Table: message, handle, Size: 231014400 bytes)

**From:** +15635995068
**To:** +18727720651 (owner)

I'll deposit that into your account, cool

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/7/2024 11:22:29 AM(UTC-5) | |

**Status:** Read
**Platform:**

5/7/2024 10:56:46 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D2C36A (Table: message, handle, Size: 231014400 bytes)

**From:** +18727720651 (owner)

perf ty

**Priority:** Normal
**Status:** Sent
**Platform:**

5/7/2024 11:22:39 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D332A2 (Table: message, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

Love

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/7/2024 12:03:23 PM(UTC-5) | |

**Status:** Read
**Platform:**

5/7/2024 11:25:08 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D269F5 (Table: message, handle, Size: 231014400 bytes)

From: +18727720651 (owner)

more like wub

**Priority:** Normal
**Status:** Sent
**Platform:**

5/7/2024 12:05:06 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D2C58E (Table: message, Size: 231014400 bytes)

From: +18727720651 (owner)

hey, the good natured bear is still with me. I hope Jimmy told you about our po-po situation. There was a second in there that was 3.5. Can you please give that to her for me? Jaime that is. I think it's only right that we both break her off sonebifbshe helps out

**Priority:** Normal
**Status:** Sent
**Platform:**

5/8/2024 11:19:23 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D37779 (Table: message, Size: 231014400 bytes)

From: +18727720651 (owner)

*some if she*

**Priority:** Normal
**Status:** Sent
**Platform:**

5/8/2024 11:19:44 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D506C5 (Table: message, Size: 231014400 bytes)

From: +18727720651 (owner)

but yours should have weighed plenty heavy too

**Priority:** Normal
**Status:** Sent
**Platform:**

5/8/2024 11:20:17 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D37362 (Table: message, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

I gave her like a ball the night before and I gave her the biggest of the 2 pieces in that bag...I'll give her the remainder when I see her next as i do appreciate all that she did...she's amazing...I did deposit 1100 into your account yesterday...I'm not sure if you forgot to give her the g or whatever happened but I can grab it next time...I hope that your having a great day

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/8/2024 11:47:49 AM(UTC-5) | |

**Status:** Read
**Platform:**

5/8/2024 11:47:40 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D5AF61 (Table: message, handle, Size: 231014400 bytes)

From: +18727720651 (owner)

no, I told you the good humor bear didn't go because there was a fucking cop sitting there the whole time we were there wouldn't leave and just it was just too awkward

**Priority:** Normal
**Status:** Sent
**Platform:**

5/8/2024 11:48:24 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D2D60F (Table: message, Size: 231014400 bytes)

From: +18727720651 (owner)

but there was a second bag in there, a ball correct

**Priority:** Normal
**Status:** Sent
**Platform:**

5/8/2024 11:48:36 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D3B390 (Table: message, Size: 231014400 bytes)

From: +18727720651 (owner)

because the larger of the two bags should have had your new, plus remainder owed

**Priority:** Normal
**Status:** Sent
**Platform:**

5/8/2024 11:50:02 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D53CF4 (Table: message, Size: 231014400 bytes)

From: +18727720651 (owner)

pretty sure it was a little bit heavytoo

**Priority:** Normal
**Status:** Sent
**Platform:**

5/8/2024 11:50:20 AM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D39D39 (Table: message, Size: 231014400 bytes)

From: +18727720651 (owner)

love you too, all is good

**Priority:** Normal
**Status:** Sent
**Platform:**

5/8/2024 12:22:07 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D285E7 (Table: message, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

Everyone I know has been shitty lately...it must be in the water

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/8/2024 12:37:16 PM(UTC-5) | |

**Status:** Read
**Platform:**

5/8/2024 12:23:06 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D43F61 (Table: message, handle, Size: 231014400 bytes)

From: +18727720651 (owner)

i think you're right
there was a second bagel in with your bagel though. right? bc that bagel was intended for jayme. i just want to know what went where you know?

**Priority:** Normal

**Status:** Sent

**Platform:**

5/8/2024 12:39:26 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D41456 (Table: message, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

Yeah I gave her half of it I'll give her the other half...promise

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/8/2024 12:47:36 PM(UTC-5) | |

**Status:** Read

**Platform:**

5/8/2024 12:41:52 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D01CE1 (Table: message, handle, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

I know you have a lot to keep track of

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 5/8/2024 12:47:36 PM(UTC-5) | |

**Status:** Read

**Platform:**

5/8/2024 12:42:10 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D33D39 (Table: message, handle, Size: 231014400 bytes)

From: +18727720651 (owner)

it's jut k-k-k-krazy some times. if i don't keep track, I might say to someone one thing and they don't even know what I'm talking about... and then I look like I don't know what I'm doing...  you kno, so keeping track of it's just the easiest way to  for me not to look like an asshole

**Priority:** Normal

**Status:** Sent

**Platform:**

5/8/2024 12:49:59 PM(UTC-5)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x1D38F69 (Table: message, Size: 231014400 bytes)