

From: +18727720651 (owner)
To: +15635995068

**any way to do a premier bank deposit?**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15635995068 | 12/29/2024 4:40:09 PM(UTC-6) | 12/29/2024 4:43:46 PM(UTC-6) | |

**Status:** Sent
**Platform:**

12/29/2024 4:40:08 PM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8F295FA (Table: message, handle, Size: 231014400 bytes)

---

From: +15635995068
To: +18727720651 (owner)

**Yes...tomorrow**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 12/29/2024 4:44:09 PM(UTC-6) | |

**Status:** Read
**Platform:**

12/29/2024 4:43:54 PM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8F2AF4F (Table: message, handle, Size: 231014400 bytes)

---

From: +15635995068
To: +18727720651 (owner)

**But is 2 too much**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 12/29/2024 4:44:17 PM(UTC-6) | |

**Status:** Read
**Platform:**

12/29/2024 4:44:12 PM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8F2ACAB (Table: message, handle, Size: 231014400 bytes)

**Government Exhibit 2**
Case 25-CR-1034-CJW Detention Hearing



From: +18727720651 (owner)
To: +15635995068

i know. maybe 5pm tom tom & the rest when i get back

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15635995068 | 12/29/2024 4:44:42 PM(UTC-6) | 12/29/2024 4:49:34 PM(UTC-6) | |

**Status:** Sent
**Platform:**

12/29/2024 4:44:41 PM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8F2AA28 (Table: message, handle, Size: 231014400 bytes)



From: +15635995068
To: +18727720651 (owner)

Ok sounds good

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 12/29/2024 4:52:40 PM(UTC-6) | |

**Status:** Read
**Platform:**

12/29/2024 4:50:18 PM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8F2A23B (Table: message, handle, Size: 231014400 bytes)



From: +15635995068
To: +18727720651 (owner)

Remind me tomorrow morning so I can make it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 12/29/2024 4:52:40 PM(UTC-6) | |

**Status:** Read
**Platform:**

12/29/2024 4:50:36 PM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8F2BF4F (Table: message, handle, Size: 231014400 bytes)



From: +18727720651 (owner)
To: +15635995068

**absolutely**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15635995068 | 12/29/2024 4:52:50 PM(UTC-6) | 12/29/2024 4:52:52 PM(UTC-6) | |

**Status:** Sent
**Platform:**

12/29/2024 4:52:49 PM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8F2B8AA (Table: message, handle, Size: 231014400 bytes)



From: +18727720651 (owner)
To: +15635995068

**want good humored bears when i come? check fb messenger**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15635995068 | 12/31/2024 12:38:21 AM(UTC-6) | 12/31/2024 12:38:26 AM(UTC-6) | |

**Status:** Sent
**Platform:**

12/31/2024 12:38:20 AM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8F615CB (Table: message, handle, Size: 231014400 bytes)



From: +15635995068
To: +18727720651 (owner)

**I will**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 12/31/2024 12:38:56 AM(UTC-6) | |

**Status:** Read
**Platform:**

12/31/2024 12:38:34 AM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8F6133E (Table: message, handle, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

**Attachments:**



Title: 5009239983460889393.gif
Size: 338504
File name: ~/Library/SMS/Attachments/cd/13/569D5F02-AA21-48D5-8546-AE02DEA78572/5009239983460889393.gif
~/Library/SMS/Attachments/cd/13/569D5F02-AA21-48D5-8546-AE02DEA78572/5009239983460889393.gif

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 1/1/2025 4:41:44 AM(UTC-6) | |

**Status:** Read
**Platform:**

1/1/2025 12:03:47 AM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8F84F4E (Table: message, handle, attachment, Size: 231014400 bytes)
AZ1 /mobile/Library/SMS/Attachments/cd/13/569D5F02-AA21-48D5-8546-AE02DEA78572/5009239983460889393.gif :

From: +18727720651 (owner)
To: +15635995068

**how much should i be charging him?**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15635995068 | 1/2/2025 12:14:23 AM(UTC-6) | 1/2/2025 12:18:02 AM(UTC-6) | |

**Status:** Sent
**Platform:**

1/2/2025 12:14:20 AM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8FA666F (Table: message, handle, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

**He pays 5 bills**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 1/2/2025 12:20:03 AM(UTC-6) | |

**Status:** Read
**Platform:**

1/2/2025 12:18:13 AM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8FA640B (Table: message, handle, Size: 231014400 bytes)



From: +15635995068
To: +18727720651 (owner)

For me

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 1/2/2025 12:20:03 AM(UTC-6) | |

**Status:** Read
**Platform:**

1/2/2025 12:18:22 AM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8FA7F4E (Table: message, handle, Size: 231014400 bytes)



From: +18727720651 (owner)
To: +15635995068

i want him to keep paying that so you still get yours when you get out

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15635995068 | 1/2/2025 12:20:32 AM(UTC-6) | 1/2/2025 12:20:43 AM(UTC-6) | |

**Status:** Sent
**Platform:**

1/2/2025 12:20:32 AM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8FA7CDF (Table: message, handle, Size: 231014400 bytes)



From: +15635995068
To: +18727720651 (owner)

Okay

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 1/2/2025 12:22:25 AM(UTC-6) | |

**Status:** Read
**Platform:**

1/2/2025 12:20:46 AM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8FA7A32 (Table: message, handle, Size: 231014400 bytes)

From: +18727720651 (owner)
To: +15635995068

1800 for 4?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15635995068 | | | |

**Status:** Sent
**Platform:**

1/2/2025 12:29:58 AM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8FA77A3 (Table: message, handle, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

Yes

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 1/2/2025 5:14:24 AM(UTC-6) | |

**Status:** Read
**Platform:**

1/2/2025 1:18:00 AM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8FA757A (Table: message, handle, Size: 231014400 bytes)

From: +15635995068
To: +18727720651 (owner)

**Attachments:**



Title: 4861113077333039030.jpg
Size: 100294
File name: ~/Library/SMS/Attachments/ac/12/36C336A9-C9B5-41E8-8474-4DD04765729B/4861113077333039030.jpg
~/Library/SMS/Attachments/ac/12/36C336A9-C9B5-41E8-8474-4DD04765729B/4861113077333039030.jpg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 1/2/2025 2:04:31 PM(UTC-6) | |

**Status:** Read
**Platform:**

1/2/2025 1:30:06 PM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8FAB9C7 (Table: message, handle, attachment, Size: 231014400 bytes)
AZ1 /mobile/Library/SMS/Attachments/ac/12/36C336A9-C9B5-41E8-8474-4DD04765729B/4861113077333039030.jpg :

From: +15635995068
To: +18727720651 (owner)

**Attachments:**



Title: 1235789605495135189.jpg
Size: 102040
File name: ~/Library/SMS/Attachments/54/04/0D2E0A62-E036-41DB-87C7-
73E53AEE556D/1235789605495135189.jpg
~/Library/SMS/Attachments/54/04/0D2E0A62-E036-41DB-87C7-
73E53AEE556D/1235789605495135189.jpg

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 1/2/2025 2:04:31 PM(UTC-6) | |

**Status:** Read

**Platform:**

1/2/2025 1:30:08 PM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8FAB717 (Table: message, handle, attachment, Size:
231014400 bytes)
AZ1 /mobile/Library/SMS/Attachments/54/04/0D2E0A62-E036-41DB-87C7-
73E53AEE556D/1235789605495135189.jpg :

---

From: +15635995068
To: +18727720651 (owner)

Thanks for everything...your amazing...i love you

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18727720651 | | 1/2/2025 3:45:21 PM(UTC-6) | |

**Status:** Read

**Platform:**

1/2/2025 3:34:29 PM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8FAD649 (Table: message, handle, Size: 231014400 bytes)

---

From: +18727720651 (owner)
To: +15635995068

love you too buddy

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +15635995068 | 1/2/2025 3:45:33 PM(UTC-6) | 1/2/2025 3:45:39 PM(UTC-6) | |

**Status:** Sent

**Platform:**

1/2/2025 3:45:31 PM(UTC-6)

Source Info:
AZ1 /mobile/Library/SMS/sms.db : 0x8FAD386 (Table: message, handle, Size: 231014400
bytes)