# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN   DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN DOUGLAS PAUL and JASON JOHN WEIPERT,<br><br>Defendants. | **HEARING MINUTES**   Sealed:   No<br>Case No.:   2:25-cr-1034-CJW-MAR-4, 5<br>Presiding Judge:   Mark A. Roberts, Magistrate<br>Deputy Clerk:   Paul Coberly<br>Official Court Record:   FTR Gold        Contract?   --<br>Contact Information:                    -- |

| Date: | 8/19/2025 | Start: | 12:59 PM | Adjourn: | 2:14 PM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | | -- | | Telephonic? | No |

| Appearances: | Plaintiff(s): | SAUSA Jared Manternach | | | | | |
|---|---|---|---|---|---|---|---|
| | Defendant(s): | Michael K. Lahammer for Defendant Paul (Defendant appears personally)<br>John D. Jacobsen for Defendant Weipert (Defendant appears personally) | | | | | |
| | U.S. Probation: | Allison Lupkes | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: | -- |

| TYPE OF PROCEEDING: | PRELIMINARY EXAMINATION | | DETENTION | X | REVOCATION | | |
|---|---|---|---|---|---|---|---|
| | | | Contested? | Yes | Continued from a previous date? | | No |

| | | | |
|---|---|---|---|
| Moving party: | Plaintiff | | |
| **Nature of proceedings:** | | **Ruling:** | |
| Preliminary examination | | | |
| Review of detention or conditions | X | **Defendant Paul**<br>Court finds that the Defendant does not pose a risk of non-appearance or a danger to the community. Defendant released under the terms/conditions of the Court's release order.<br><br>**Defendant Weipert**<br>Court finds that the Defendant poses risk of non-appearance and a danger to the community. Defendant remains detained. | |
| Review of pre-trial release | | | |
| Review of supervised release | | | |

| **Witness/Exhibit List is** | attached |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Mr. Manternach requests the Court take into consideration of the pre-trial services report (doc. 31 and 33) for each defendant. No objection from Mr. Lahammer or Mr. Jacobsen. Court will take formal notice of the reports.<br><br>Mr. Manternach calls Special Agent Tyler Benjamin Iowa DNE. Direct (1:01-1:24 PM). Cross by Mr. Lahammer (1:24-1:28 PM). Cross by Mr. Jacobsen (1:28-1:32 PM). Re-direct (1:32-1:33 PM). No further cross from Mr. Lahammer or Mr. Jacobsen. Special Agent Benjaman excused.<br><br>Court hears argument. |
|---|---|

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
EASTERN   DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STEVEN DOUGLAS PAUL and JASON JOHN WEIPERT

Defendants.

Hearing Date     8/19/2025

**WITNESS & EXHIBIT LIST**

| | |
|---|---|
| Case No. | 2:25-cr-1034-CJW-MAR-4, 5 |
| Presiding Judge | Mark A. Roberts, Magistrate |
| Deputy Clerk | Paul Coberly |
| Court Reporter | FTR Gold |
| Plaintiff's Attorney | SAUSA Jared Manternach |
| Defendant's Attorney | Michael K. Lahammer (for Def. Paul) |
| | John D. Jacobsen (for Def. Weipert) |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Tyler Benjamin – Special Agent, Iowa DNE | 8/19/2025 | 1:01 PM | 8/19/2025 | 1:33 PM |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| | -- | | | | |

*Exhibit Receipted to Task Force Officer

**A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | -- | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| 1 | Text messages (doc. 34) | 8/19/2025 | A |
| 2 | Text messages (doc. 34) | 8/19/2025 | A |
| 3 | Text messages (doc. 34) | 8/19/2025 | A |
| 4 | Text messages (doc. 34) | 8/19/2025 | A |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| A1 | (Defendant Paul) Pathways discharge summary (doc. 32) | 8/19/2025 | A |
| A2 | (Defendant Paul) Employment letter (doc. 32) | 8/19/2025 | A |
| A3 | (Defendant Paul) Letter of support (doc. 32) | 8/19/2025 | A |
| A4 | (Defendant Paul) Letter of support (doc. 32) | 8/19/2025 | A |
| A5 | (Defendant Paul) Letter of support (doc. 32) | 8/19/2025 | A |
| A6 | (Defendant Paul) Treatment letters of support (doc. 32) | 8/19/2025 | A |