# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 25CR1034 |
| | ) | |
| vs. | ) | MOTION TO WITHDRAW |
| | ) | |
| JASON WEIPERT, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**COMES NOW** John D. Jacobsen, of Jacobsen, Johnson & Wiezorek, P.L.C. and hereby states the following in support of this Motion:

1.  That Counsel was appointed as counsel for the Defendant on or about August 14, 2025, filing an Appearance of Counsel, on behalf of Defendant, on that same date.  Docket 20, 23.

2.  That undersigned has discovered a conflict of interest in these initial stages of representation of Defendant; as such, Counsel cannot ethically proceed forward with representation of Defendant.

3.  That Counsel has apprised Defendant of this conflict of interest, and he understands the need of Counsel to withdraw, and that new counsel will be appointed to address his representation.

**WHEREFORE** Counsel for Mr. Weipert respectfully requests to be permitted the ability to withdraw from the instant matter, that new counsel be

appewepappointed for Mr. Weipert to ensure his rights are protected.

RESPECTFULLY SUBMITTED,

/s/*John D. Jacobsen*
John D. Jacobsen, #19817
Jacobsen Johnson & Wiezorek, P.L.C.
425 2nd Street SE, Suite 803
Cedar Rapids, IA 52401
(319) 286-1767
(319) 286-1137
**ATTORNEY FOR DEFENDANT**
jjacobsen@jjwlegal.com

copy to:
United States Attorney (CM/ECF), client (US Mail)

I certify that on this 29th day of August, 2025, the
foregoing was filed electronically via CM-ECF, and
copies were sent to all parties of record.
*/s/ John D. Jacobsen*