# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF IOWA

### EASTERN DIVISION

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**JASON JOHN WEIPERT,**
Defendant.
Case No. 25-CR-1034-CJW-MAR

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Mark C. Meyer, appointed counsel for Defendant Jason John Weipert, and respectfully moves the Court for leave to withdraw as counsel of record in this matter. In support of this motion, counsel states as follows:

1. Counsel was appointed to represent Mr. Weipert in the above-captioned matter pursuant to the Criminal Justice Act.

2. Upon review of the discovery file provided by the United States Attorney's Office, counsel has determined that continued representation of Mr. Weipert would likely create a conflict of interest with respect to counsel's representation of another client in a separate criminal case now pending in the Northern District of Iowa.

3. Specifically, the discovery materials and related law enforcement reports identify both Mr. Weipert and counsel's other client as alleged co-conspirators in overlapping drug trafficking conspiracies. The discovery includes statements and evidence that

1

could implicate either client in the conduct charged against the other.

4. Counsel has discussed this issue with the United States Attorney's Office, which concurs that a conflict exists and does not oppose this motion to withdraw.

5. The Stipulated Discovery Order in this case requires that, if defense counsel is allowed to withdraw, all discovery materials must be promptly returned to the Government.

6. Counsel respectfully requests that the Court grant this motion and permit withdrawal as attorney of record for Mr. Weipert, and that substitute counsel be appointed.

WHEREFORE, for the foregoing reasons, counsel respectfully requests

that the Court grant this Motion to Withdraw.


Respectfully submitted,

/s Mark C. Meyer
Mark C. Meyer Attorney at Law
103 E. College Street, Suite 300
Iowa City, IA 52240
Phone: 319-365-7529
Email: legalmail@markcmeyer.com

Dated: September 3, 2025

2

I hereby certify that on 8/30/2025, I electronically filed the foregoing with the Clerk by using the ECF system. I certify that all participants in the case are registered ECF users and that service will be accomplished by the ECF system.

MARK C. MEYER

Case 2:25-cr-01034-CJW-MAR    Document 63    Filed 09/03/25    Page 3 of 3