RECEIVED

SEP 15 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Sept - 8th

To clerk of court and Judge Robertson

I'm writing you because I've been trying to appeal my detention hearing with no resolve my initial lawyer Jacobsen told me I couldn't appeal it immediately after the hearing on Aug 20th Then he withdrew as my counsel on the 27th. I had planned on entering an appeal but had no lawyer to do so.

So I recieved a letter on Sept 4th stating that Mark Meyers was my new attorney. The letter was filed on the 2nd but I didn't get it til the 4th. I called Mr Meyers immediately and he informed me that due to conflicting issues He could not represent me.

I've Just been informed that Ray SCheetz is now My lawyer. but he is out of town and unable to meet me. Thus far having pushed me past my 14 days to enter the appeal

I ask of you to file this and please allow me the appeal beings I've had no way of contacting anyone and getting this entered. I'm not asking for any special consideration only what's fair. my hands were tied and I actively have been trying to get this entered. I Just do not know what channels to go through

Case 2:25-cr-01034-CJW-MAR    Document 82    Filed 09/16/25    Page 1 of 2

linn Co Federal holding

Jason weipert

Linn County Correctional Center
PO Box 591
Longview, TX 75606

CEDAR RAPIDS IA 522

12 SEP 2025 AM 2

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 52404
02 7W
0008033209 SEP. 11. 2025

$ 000.74⁰

XRAYED US MARSHALS

Federal
Northern district of ~~USA~~ Iowa
clerk of court

111 7Th ave SE
Cedar ~~rapids~~ Iowa, 52401